IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                                **PLAINTIFF**

v.                                        Case No. 4:25-cv-00900-LPR

**STARK & STARK LAW FIRM,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 8th day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE